# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| BILAL UZ ZAMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 7:16-cv-01677-LSC-JEO |
| ) | |
| WILLIE THOMAS, Warden, and the ) | |
| ATTORNEY GENERAL FOR THE ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

The magistrate judge filed his report and recommendation on June 24, 2019, recommending Petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief be denied. (Doc. 17). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the courts **ADOPTS** the magistrate judge's report and **ACCEPTS** the magistrate judge's recommendation.

Accordingly, the court **ORDERS** that Petitioner's claims for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 are due to be **DENIED** and this action **DISMISSED WITH PREJUDICE**. A certificate of appealability is due to be

**DENIED**.

**DONE** AND **ORDERED** ON JULY 31, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704